24429. PEAGLER v. STATE OF GEORGIA et al.

DUCKWORTH, Chief Justice. The intervention here raising only legal questions and that the contract involved contravenes the Georgia Constitution (see *Peagler v. Ware County Board of Educ.*, 223 Ga. 734 (157 SE2d 744)), no question involving the constitutionality of a statute or equity is shown to give this court jurisdiction notwithstanding the latest amendment of the Revenue Bond Law (*Code Ann.* § 87-818; Ga. L. 1966, pp. 48, 50) authorizing appeals under the "procedure provided by law in cases of injunction." See *Dade County v. State of Ga.*, 201 Ga. 241 (39 SE2d 473).

*Transferred to the Court of Appeals. All the Justices concur.*

ARGUED DECEMBER 12, 1967—DECIDED JANUARY 4, 1968.

*Albert E. Butler,* for appellant.

*Arthur K. Bolton, Attorney General, Alfred L. Evans, Jr., Assistant Attorney General, Arthur Howell, Richard A. Allison, King & Spalding, Robert L. Steed, Peyton Hawes, Jr., Foster Memory, Lewis Slaton, Solicitor General,* for appellees.